Robert M. Bernstein, Esq.
Attorney at Law
12400 Wilshire Blvd., Suite 1500
Los Angeles, CA 90025-1023
(310) 477-1480

Attorney for the Defendant
WAYNE HAUZER

FILED
CLERK, U S DISTRICT COURT
MAY - 1 2002
5-1-02
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WAYNE HAUZER, Defendant. | CASE NO: CR 01-1294 DT<br><br>EX PARTE APPLICATION TO CONTINUE SENTENCING DATE; DECLARATION OF ROBERT M. BERNSTEIN AND ~~PROPOSED ORDER~~<br><br>CURRENT SENTENCING DATE:<br>June 17, 2002<br><br>new<br>~~REQUESTED~~ SENTENCING DATE<br>August 19, 2002 |

TO THIS HONORABLE COURT AND THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Defendant, Wayne Hauzer, by and through his attorney, Robert M. Bernstein, hereby applies to the Court to continue the sentencing date in this matter now scheduled for June 17, 2002.

This application is made for the reasons set forth below and in the supporting declaration. A continuance in the sentencing date is necessary in order to afford the defense greater time to prepare and investigate all possible sentencing issues.

//
//

cc: USPO

ENTER ON ICMS
MAY - 2002
5-2-02

35

1  Defense counsel Bernstein has just been retained to represent
2  defendant Hauzer in his pending criminal matter.  Current defense
3  counsel has yet to receive any discovery related to this case from
4  the Federal Public Defender.

6  Previous defense counsel had failed to adequately discuss the
7  sentencing process with the defendant and prepare him for his
8  interview with the United States Probation Department. Further,
9  previous counsel had failed to retain the services of any
10 psychiatric/medical professionals to evaluate the defendant for
11 many issues highly relevant to this case.

13 As of this date, previous defense counsel has refused to
14 provide defense counsel Bernstein with the defendant's file,
15 including all discovery materials in this case. Without access to
16 the discovery, defense counsel Bernstein is unable to complete the
17 research and investigation necessary to provide the defendant with
18 fair and adequate representation.
19 //
20 //

1  This brief delay in sentencing will result in no prejudice to
2  the Government, however, denial of the continuance would result in
3  severe prejudice to the Defendant, deny him due process of law and
4  effective assistance of counsel.

6  DATED: 4/30/02

Respectfully submitted,

Robert M. Bernstein
Attorney for Defendant
**WAYNE HAUZER**

# DECLARATION OF ROBERT M. BERNSTEIN

I Robert M. Bernstein, declare under the penalty of perjury that the following is true and correct.

1. I am an attorney licensed to practice law in the state of California.

2. I have recently been retained to represent the defendant in this matter and have filed a substitution of attorney form with this Court.

3. The defendant has already entered a plea of guilty and is currently scheduled for sentencing on June 17, 2002.

4. Since the defendant's change of plea, previous defense counsel had failed to meet with the defendant or prepare him for his interview with the probation department. The Defendant did not fully comprehend the purpose of the interview with the Probation Department, or its consequences.

5. Based on my review of this case it is essential that several areas related to the defendant's sentencing be investigated, including psychological and/or medical evaluations performed on the defendant. Previous counsel had failed to pursue this type of investigation, nor ever discussed it with the defendant.

6. I need adequate time to evaluate and prepare all sentencing factors which are relevant to this defendant and present these factors to the Court at sentencing. For these reasons, Defense Counsel requests a reasonable continuance of the sentencing date, in order to allow defense counsel to consult with experts, have evaluations performed on the Defendant and investigate all related defense issues.

7. As of this date, previous counsel has refused to provide me with the defendant's file, including all discovery materials in this case. Without access to the file, including the discovery, I am unable to adequately research and investigate all sentencing issues related to my client's defense.

8. Defense counsel has spoken with the Assistant United States Attorney, Patricia Donahue, who is assigned to this case and she has no objections to a continuance of the sentencing date.

//

//

9.  This continuance would impose no prejudice to the Government, however, failure to grant this continuance would severely prejudice the defendant and deny him effective assistance of counsel for the purposes of his sentencing hearing.

DATED: 4/30/02

Respectfully submitted,

Robert M. Bernstein
Attorney for Defendant
**WAYNE HAUZER**

IT IS SO ORDERED
Dated MAY - 1 2002

DICKRAN TEVRIZIAN
United States District Judge

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid County; I am over the age of eighteen years an not a party to the entitled action. My business address is 12400 Wilshire Blvd., Suite 1500, Los Angles, California, 90025.

On April 30, 2002, the attached **EX PARTE APPLICATION TO CONTINUE SENTENCING DATE; DECLARATION OF ROBERT M. BERNSTEIN, ESQ**; was:

[X]  Sent via legal,
U.S. mail
in a confidential
and secure envelope.

PATRICIA DONAHUE, ESQ.
ASSISTANT UNITED STATES ATTORNEY
CENTRAL DISTRICT OF CALIFORNIA
1100 UNITED STATES COURTHOUSE
312 N. SPRING STREET
LOS ANGELES, CA 90012

NANCY O'CONNOR
UNITED STATES PROBATION OFFICER
800 U.S. COURTHOUSE, 7th FL.
312 N. SPRING ST.
LOS ANGELES, CA 90012

I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge and belief.

Executed on April 30, 2002, at Los Angeles, California.

_____
Mandy Willingham