# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.      Docket No. CR 01-1294(A)-DT

Defendant   Wayne Hauzer      Social Security No. 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
T/N: Wayne Lee Hauzer; AKA(s): Wayne Lee Havzer; Whauzer; transam 835 (Internet screen names)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on this date: of: August 19, 2002

COUNSEL:   X   WITH COUNSEL Robert Bernstein, Retained

PLEA:   X   GUILTY, and the Court being satisfied that there is a factual basis for the plea.

OFFENSE: Title 18 U.S.C. Section 2422(b): Use of Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity (Count 1), Class C Felony; Title 18 U.S.C. Section 2422(b): Use of Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity (Count 2), Class C Felony; Title 18 U.S.C. Section 2252A(a)(1): Distribution of Child Pornography (Count 3), Class C Felony.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court inquired of the defendant and his counsel as to whether there is any legal cause or reason as to the imposition of sentence. Due to the fact that there was not sufficient cause shown to the contrary by the defendant and/or his counsel, the Court ordered judgment as follows: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of: **78 (seventy-eight) months.** This term consists of **78 months** on each of Counts 1 and 3, and **57 months** on Count 2 of the First Superseding Information, all to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three years**. This term consists of **three years** on each of Counts 1, 2, and 3, all such terms to run concurrently under the following terms and conditions that the defendant shall: (1) comply with the rules and regulations of the U.S. Probation Office and General Order 318; (2) pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment, during the period of community supervision; (3) notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the special assessments; (4) participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision; (5) participate in a psychological/psychiatric counseling and/or a sex offender treatment program, which may include inpatient treatment as approved and directed by the Probation Officer. The defendant shall abide by all rules, requirements, and conditions of such program, including submission to risk assessment evaluations and physiological testing, such as polygraph, plethysmograph, and Abel testing;
**(CONTINUED ON PAGE TWO)**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: _____     DATE FILED: August ____, 2002
             DICKRAN TEVRIZIAN,
             U.S. District Judge      SHERRI R. CARTER, Clerk
             ENTERED   CLERK, U.S. DISTRICT COURT    By: _____

AUG 26 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

1074

United States District Court
Central District of California

UNITED STATES OF AMERICA vs          Docket No. CR 01-1294(A)-DT

Defendant: Wayne Hauzer              Social Security No. 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

## JUDGMENT AND PROBATION/COMMITMENT ORDER

(6) grant a limited waiver of his right of confidentiality in any records of mental health treatment imposed as a consequence of this judgment to allow the treatment provider to provide information to the Probation Officer. The Probation Officer shall disclose the Presentence Report, and/or any previous sex offender or mental health evaluations to the treatment provider; (7) as directed by the Probation Officer, pay all or part of the costs of treating the defendant's drug dependency/alcohol dependency/psychiatric disorder/psychological counseling/sex offender treatment to the aftercare contractor during the period of community supervision, pursuant to Title 18 U.S.C. Section 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer; (8) not possess, including access via computer, any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing "sexually explicit conduct" as defined at Title 18 U.S.C. Section 2256(2), nor shall he possess pictures of himself in which either his genitals or buttocks are exposed; (9) not possess, including access via computer, any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing child pornography as defined at Title 18 U.S.C. Section 2256(8);(10) not open or maintain a post office box without the prior approval of the probation officer; (11) not contact the minor victim (as alleged in Count 2 of the First Superseding Information), by any means, including in person, by mail or electronic means, or via third parties. Further, the defendant shall remain at least 100 yards from the victim at all times. If any contact occurs, the defendant shall immediately leave the area of contact, and report the contact to the Probation Officer; (12) With the exception of his son, the defendant shall not associated or have verbal, written, telephonic, or electronic communciation with any person under the age of 18 except: 1) in the presence of the parent or legal guardian of said minor; and 2) on the condition that
**(CONTINUED ON PAGE THREE)**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: _____ 8/22/02         DATED/FILED: August    , 2002
DICKRAN TEVRIZIAN,
U.S. District Judge                       SHERRI CARTER, Clerk
                                          By: vrv

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Page 2 of 4

United States District Court
Central District of California

UNITED STATES OF AMERICA vs                    Docket No. CR 01-1294(A)-DT

Defendant: Wayne Hauzer                         Social Security No. 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

| JUDGMENT AND PROBATION/COMMITMENT ORDER |
|---|

the defendant notifies said parent or legal guardian of his conviction in the instant offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services; (13) not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18. The defendant's residence shall be approved by the Probation Officer, and any change in residence must be pre-approved by the Probation Officer. The defendant shall submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move; (14) not frequent or loiter within 100 feet from school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18; (15) use only those computers and computer-related devices, screen user names, passwords, e-mail accounts, and internet service providers (ISPs) as approved by the Probation Officer. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), internet appliances, electronic games, and cellular telephones, as well as their peripheral equipment, that can access, or can be modified to access, the internet, electronic bulletin boards, other computers, or similar media; (16) All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure and the installation of search and/or monitoring software and/or hardware, including unannounced seizure for the purpose of search. The defendant shall not add, remove, upgrade, update, re-install, repair, or otherwise modify the hardware or software on the computers, computer-related devices, or their peripheral equipment, nor shall he hide or encrypt files or data without the prior approval of the Probation Officer. Further, the defendant shall provide all billing records, including telephone, cable, Internet, satellite, and the like, as requested by the Probation Officer; **(CONTINUED ON PAGE FOUR)**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: _____           DATED/FILED: August    , 2002
           DICKRAN TEVRIZIAN,
           U.S. District Judge                SHERRI CARTER, Clerk
                                              By: vrv

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Page 3 of 4

United States District Court
Central District of California

UNITED STATES OF AMERICA vs                    Docket No. CR 01-1294(A)-DT

Defendant: Wayne Hauzer                        Social Security No. 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

| JUDGMENT AND PROBATION/COMMITMENT ORDER |
|---|

(17) not possess or use a computer with access to any online service at any location (including his place of employment) without the prior approval of the Probation Officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The defendant shall not have another individual access the internet on his behalf to obtain files or information which he is restricted from accessing himself, or accepting restricted files or information from another person; (18) cooperate in the collection of a DNA sample from the defendant; (19) register with any local and/or state sex offender registration agency in any state where the defendant resides, is being supervised, is employed, carries on a vocation, or is a student, as directed by the Probation Officer. The defendant shall provide proof of registration to the Probation Officer within 72 hours of release from imprisonment; (20) provide to the Probation Officer, on a monthly basis, his most recent credit card statements and other banking records, including copies of cancelled checks written by the defendant; and (21) not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any birth date or any name other than his true legal name/date of birth.

IT IS ORDERED that the defendant shall pay to the United States a special assessment of $300, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the imposition of a fine would cause an undue burden on defendant's dependents.

Court recommends that defendant be designated to a California facility, preferably a facility in Northern California.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: /s/ Dickran Tevrizian 8/22/02        DATED/FILED: August    , 2002
DICKRAN TEVRIZIAN,
U.S. District Judge                             SHERRI CARTER, Clerk
                                                By: vrv

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

**U.S.A. vs WAYNE HAUZER**      Docket No: CR 01-1294(A)-DT
**STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE**

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____ BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____ BY: _____
                                                                                                                           Courtroom Deputy Clerk

AO-245-A (01/90)      JUDGMENT AND PROBATION/COMMITMENT ORDER