**Robert M. Bernstein, Esq.**
**Attorney at Law**
**9595 Wilshire Blvd., Suite 900**
**Beverly Hills, CA 90212**
**(310) 477-1480**

**Attorney for Defendant**
**WAYNE HAUZER**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO: CR 01-01294-DT-1 |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY A |
| ) | CONDITION OF SUPERVISED |
| ) | RELEASE |
| v. ) | |
| ) | |
| **WAYNE HAUZER,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant, Wayne Hauzer, by and through his attorney of record, Robert M. Bernstein, and the United States of America, through its counsel of record, Assistant United States Attorney, Patricia Donahue, hereby stipulate to request an order to modify one condition of the defendant's supervised release based on the following facts and circumstances:

Mr. Hauzer has now been released from custody and is on supervised release. He lives in Northern California with his parents and teenage son where he is being monitored by the United States Probation office for the Northern District of California.

1    Pursuant to condition Twelve of the Court's Judgement and
2 Commitment Order, currently, if Mr. Hauzer's son wishes to have a
3 friend to his home - the other minor's parents must be notified
4 of Hauzer's conviction and they must be present at the home. Both
5 parties and Mr. Hauzer's Probation Officer agree to modify that
6 condition to allow Mr. Hauzer's son to have friends at the home
7 as long as the parents of those other minor children are notified
8 of Hauzer's conviction and that another adult is present in the
9 home, but not necessarily the minor's parent.

11    Mr. Hauzer's son is Seventeen years old and therefore his
12 friends are not young children. This modification would not leave
13 Mr. Hauzer alone with minor children; it would simply allow his
14 son to have guests at the home as long as another adult is
15 present. All parties and Mr. Hauzer's Probation Officer, Mark
16 Messner, agree and stipulate to this minor modification to the
17 conditions of his supervised release.

20 **Dated: February 1, 2008**                    **Respectfully submitted,**
21                                                **/s/ Robert M. Bernstein**

25                                                **ROBERT M. BERNSTEIN**
                                                  **Attorney for Defendant**
                                                  **WAYNE HAUZER**

1

2  Dated: February 1, 2008                    /s/ Patricia A. Donahue,

3

4

5                                             _____
                                              **PATRICIA DONAHUE**
6                                             **ASSISTANT U.S. ATTORNEY**

7

8

9
  Dated: February 1, 2008                    /s/ Mark Messner,
10

11

12                                            _____
                                              **MARK MESSNER**
13                                            **UNITED STATES PROBATION OFFICER**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28