```
 1  Robert M. Bernstein, Esq.
    Attorney at Law
 2  9595 Wilshire Blvd., Suite 900
    Beverly Hills, CA 90212
 3  (310) 477-1480

 4  Attorney for Defendant
    WAYNE HAUZER
 5
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: CR 01-01294-DT-1 |
| Plaintiff, ) | ORDER TO MODIFY CONDITION OF SUPERVISED RELEASE |
| v. ) | |
| WAYNE HAUZER, ) | |
| Defendant. ) | |

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN: IT IS SO FOUND AND ORDERED:**

That condition 12 of the defendant's Judgment and Probation/Commitment Order be modified as follows:

//

//

**cc: USPO-LA**

12) With the exception of his son, the defendant shall not associate with or have verbal, written, telephonic or electronic communication with any person under the age of Eighteen except: 1) In the presence of another adult over the age of Eighteen years; and 2) On the condition that the defendant notifies the parent or legal guardian of any minors in his presence of his conviction.

Dated:     February 13, 2008


**ALICEMARIE H. STOTLER**
Chief U.S. District Court Judge