| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR01-01294-DT |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT California | DIVISION Central |
|---|---|---|
| Wayne Hauzer | NAME OF SENTENCING JUDGE Honorable Dickran Tevrizian | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/08/2008 — TO 08/07/2011 |

OFFENSE
18 USC 2422(b) Use of facility of interstate commerce to attempt to induce a minor to engage in criminal sexual activity (2 Counts); 18 USC 2252A(a)(1): Distribution of child pornography.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_9/12/08_
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                _____
*Effective Date*                      *United States District Judge*